# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**JAMES O'BRIEN**

      vs.                                 **CASE NUMBER: 3:07-CV-1153 (VEB)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

_____

**Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**  that the Commissioner's motion for judgment on the pleadings is GRANTED, Plaintiff's motion for judgment on the pleadings is DENIED, and this action is closed.

All of the above pursuant to the Order of the Honorable Magistrate Judge Victor E. Bianchini, dated the 31st day of March, 2011.

DATED: March 31, 2011

*Lawrence K. Baerman*
Clerk of Court

                                              s/ Melissa Ennis
                                              Melissa Ennis
                                              Deputy Clerk